Abka Re Bey

v

Shelby County
Dept of Correction,
et al.

JOHN T. FOWLKES, JR.

Abka Re Bey

v

Shelby County
Dept of Correction,
et al.

DIANE K. VESCOVO