```
DUPLICATE

Court Name: US District Court - TNW
Division: 2
Receipt Number: N46/601641
Cashier ID: cf
Transaction Date: 03/18/2013
Payer Name: Abka Re Bey
------------------------------------
WRIT OF HABEAS CORPUS
 For: Abka Re Bey
 Case/Party: D-TNW-2-13-CV-002171-001
 Amount:        $5.00
------------------------------------
Paper Check Conversion
 Check/Money Order Num: Cash
 Amt Tendered: $5.00
------------------------------------
Total Due:      $5.00
Total Tendered: $5.00
Change Amt:     $0.00
```